AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baverman, Alan J. | Northern District of Georgia | 10/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

1885 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | Relative (see Section VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed real estate broker-agent |
| 2. 2012 | Real Estate Managing Broker |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institutes | Jan. 26-28, 2012 | New York, NY | Residential Mortgage Litigation Seminar (Judicial Panel Member) | Transportation, food, hotel |
| 2. | Dept. of Justice Office of Legal Education | Apr. 30-May 2, 2012 | Columbia, SC | Computer Hacking and Intellectual Property Seminar (Speaker) | Transportation, food, hotel |
| 3. | Georgia Association of Criminal Defense Lawyers | Nov. 2-3, 2012 | Young Harris, GA | GACDL Fall Seminar (Speaker) | Food, hotel |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| **Name of Person Reporting** | **Date of Report** |
| Baverman, Alan J. | 10/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Domain Construction | Home Renovation | K |
| 2. | Flagstar Bank | Mortgage on Rental Property # 2 (line 129) | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT SEP IRA 5B | | | | | Closed | 04/17/12 | | | to Fid SEP IRA 090 |
| 2. -Fed. Prime Obligs. Trust Sh (MM) | A | Dividend | | | Closed | 04/17/12 | M | | "" |
| 3. -GNMA Series 2003-40 | A | Interest | | | Closed | 04/17/12 | J | | "" |
| 4. -GEMoney Bank Salt Lake City UT S7 | A | Interest | | | Closed | 04/17/12 | J | | "" |
| 5. -GEMoney Bank Salt Lake City UT T5 | A | Interest | | | Closed | 04/17/12 | J | | "" |
| 6. -GEMoney Bank Salt Lake City UT U2 | A | Interest | | | Closed | 04/17/12 | J | | "" |
| 7. -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 8. -Manning & Napier Pro Blend Conserv Term Ser | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 9. BROKERAGE ACCT SEP IRA 5C | | | | | Closed | 04/17/12 | | | to Fid SEP IRA 090 |
| 10. -Fed. Prime Obligs. Trust Sh (MM) | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 11. -IShares Barclays US Agg BD FD | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 12. -IShares TR IBoxx $ High Yield | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 13. -Aberdeen Equity Long Short Fund Inst CL | | None | | | Closed | 04/17/12 | J | | "" |
| 14. -Absolute Strategies Institutional | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 15. -Eaton Vance Atl Cap SMID CAP FD 1 | | None | | | Closed | 04/17/12 | J | | "" |
| 16. -Federated Strategic Value Dividend Cl 1 | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 17. -Guggenheim Managed Futures Strat Cl H | | None | | | Closed | 04/17/12 | J | | name change from Rydex SGI |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 15

**Name of Person Reporting**

Baverman, Alan J.

**Date of Report**

10/03/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Manning & Napier World Oppt Serv Cl A | A | Dividend | | | Closed | 04/17/12 | J | | to Fid SEP IRA 090 |
| 19. -Oppenheimer Dev. Markets FD Cl Y | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 20. -T Rowe Pice Inst Large Cap Growth | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 21. -The Hartford Div & Gr FD Cl I | | | | | Buy | 02/24/12 | J | | |
| 22. -The Hartford Div & Gr FD Cl I | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 23. -PIMCO Inv Gr Corp Bond Instl | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 24. -PIMCO Low Dur Inst | A | Dividend | | | Closed | 4/17/12 | J | | "" |
| 25. -PIMCO Foreign Inst SHS | | | | | Buy | 02/22/12 | J | | "" |
| 26. -PIMCO Foreign Inst SHS | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 27. -Templeton Global Bond Adv | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 28. -Eaton Vance Floating Rate Class I | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 29. -Neuberger Berman High Inc Bond Inst | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 30. -PIMCO Commod Real Return Inst | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 31. BROKERAGE ACCT Fid SEP IRA 090 (opened 4/17/12) | | | | | Open | 04/17/12 | | | |
| 32. -Fid Govt MM (prior: Fed. Prime Obligs. Trust Sh) (MM)(now | A | Dividend | M | T | Open | 04/17/12 | M | | |
| 33. -GNMA Series 2003-40 | A | Distribution | J | T | Open | 04/17/12 | J | | |
| 34. -GEMoney Bank Salt Lake City UT S7 | A | Interest | J | T | Open | 04/17/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -GEMoney Bank Salt Lake City UT T5 | A | Interest | J | T | Open | 04/17/12 | J | | |
| 36.  -GEMoney Bank Salt Lake City UT U2 | A | Interest | J | T | Open | 04/17/12 | J | | |
| 37.  -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | K | T | Open | 04/17/12 | K | | |
| 38.  -Manning & Napier Pro Blend Conserv Term Ser | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 39.  -IShares Barclays US Agg BD FD | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 40.  -Aberdeen Equity Long Short Fund Inst CL | | None | | | Sold | 08/01/12 | J | | |
| 41.  -Absolute Strategies Institutional | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 42.  -Eaton Vance Atl Cap SMID CAP FD 1 | | None | J | T | Open | 04/17/12 | J | | |
| 43.  -Federated Strategic Value Dividend Cl 1 | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 44.  -Guggenheim Managed Futures Strat Cl H | | None | | | Sold | 07/31/12 | J | | |
| 45.  -Manning & Napier World Oppt Serv Cl A | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 46.  -Oppenheimer Dev. Markets FD Cl Y | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 47.  -T Rowe Pice Inst Large Cap Growth | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 48.  -The Hartford Div & Gr FD Cl I | A | Dividend | J | T | Buy | 02/24/12 | J | | |
| 49.  -PIMCO Inv Gr Corp Bond Instl | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 50.  -PIMCO Low Dur Inst | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 51.  -PIMCO Foreign Inst SHS | A | Dividend | J | T | Buy | 2/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Templeton Global Bond Adv | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 53. -Eaton Vance Floating Rate Class I | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 54. -Neuberger Berman High Inc Bond Inst | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 55. -PIMCO Commod Real Return Inst | A | Dividend | | | Sold | 07/31/12 | J | | |
| 56. -Bank Baroda New York NY Fixed Coupon | A | Interest | J | T | Buy | 09/26/12 | J | | |
| 57. -Market Vectors ETF Trust Biotech ETF | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 58. -IShares Core S&P 500 ETF | A | Dividend | J | T | Buy | 11/19/12 | J | | |
| 59. BROKERAGE ACCT Fid IRA 740 | | | | | Open | 04/17/12 | | | |
| 60. -Fidelity Govt MM (was Vngrd Wlsly Inc. Inv.) | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 61. -IShares TR MSCIEAFE Index FD | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 62. -IShares TR Russell 2000 Growth Index FD | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 63. -IShares TR Russell 3000 Index FD | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 64. -IShares TR Dow Jones US RE Index FD | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 65. -IShares TR Dow Jones EPAC Select Div Index FD | A | Dividend | J | T | Buy | 11/13/12 | J | | |
| 66. BROK ACCT SEP IRA 6B | | | | | Closed | 04/17/12 | | | to Fid IRA 350 |
| 67. -Feder. Prime Obligations Trust Sh | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 68. -BMW BK N. Am. Utah | A | Interest | | | Closed | 04/17/12 | J | | "" |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Union Bank CD | A | Interest | K | T | Closed | 04/17/12 | J | | "" |
| 70. BROKERAGE ACCT Fid IRA 350 | | | | | Open | 04/17/12 | | | |
| 71. -Fidelity Govt MM (was Feder. Prime Obligations Trust Sh) | A | Dividend | L | T | Open | 04/17/12 | L | | |
| 72. -BMW BK N. Am. Utah | A | Interest | J | T | Open | 04/17/12 | J | | |
| 73. -Union Bank CD | A | Interest | K | T | Open | 04/17/12 | K | | |
| 74. BROK ACCT SEP IRA 6C | | | | | Closed | 04/17/12 | | | to Fid SEP IRA 154 |
| 75. -Feder. Prime Oblig. Trust SH | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 76. -IShares Barclays US Agg BD FD | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 77. -IShares TR IBoxx $ High Yield | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 78. -IShares TR IBoxx $ High Yield | | | | | Sold | 03/27/12 | J | | |
| 79. -Aberdeen Equity Long Short Fund Inst CL | | None | | | Closed | 04/17/12 | J | | "" |
| 80. -Absolute Strategies Institutional | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 81. -Eaton Vance Atl Cap SMID CAP FD 1 | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 82. -Federated Strategic Value Dividend Cl 1 | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 83. -Manning & Napier World Oppt Serv Cl A | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 84. -Oppenheimer Dev. Markets FD Cl Y | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 85. -Guggenheim Mged Fut Strat (was Rydex SGI Managed Fut) | | None | | | Closed | 04/17/12 | J | | "" |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -T Rowe Pice Inst Large Cap Growth | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 87. -Eaton Vance Floating Rate Cl 1 | A | Dividend | | | Buy | 01/26/12 | J | | to Fid SEP IRA 154 |
| 88. -PIMCO Inv Gr Corp Bond Instl | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 89. -PIMCO Low Dur Inst | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 90. -PIMCO Foreign Inst SHS | A | Dividend | | | Buy | 2/22/12 | J | | |
| 91. -PIMCO Foreign Inst SHS | | | | | Closed | 04/17/12 | J | | "" |
| 92. -Templeton Global Bond Adv | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 93. -Neuberger Berman High Inc Bond Inst | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 94. -PIMCO Commod Real Return Inst | A | Dividend | | | Closed | 04/17/12 | J | | "" |
| 95. -The Hartford Div & Gr FD Cl 1 | A | Dividend | | | Buy | 02/10/12 | J | | to Fid SEP IRA 154 |
| 96. BROKERAGE ACCT Fid SEP IRA 154 | | | | | Open | 04/17/12 | | | |
| 97. -Fidelity Govt MM (was Feder. Prime Oblig. Trust SH) | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 98. -IShares Barclays US Agg BD FD | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 99. -Aberdeen Equity Long Short Fund Inst CL | | None | | | Open | 04/17/12 | J | | |
| 100. -Aberdeen Equity Long Short Fund Inst CL | | | | | Sold | 08/01/12 | J | | |
| 101. -Absolute Strategies Institutional | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 102. -Eaton Vance Atl Cap SMID CAP FD 1 | A | Dividend | J | T | Open | 04/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Federated Strategic Value Dividend Cl 1 | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 104.  -Manning & Napier World Oppt Serv Cl A | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 105.  -Oppenheimer Dev. Markets FD Cl Y | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 106.  -Guggenheim Mged Fut Strat (was Rydex SGI Managed Fut) | | None | | | Open | 04/17/12 | J | | |
| 107.  -Guggenheim Mged Fut Strat | | | | | Sold | 07/31/12 | J | | |
| 108.  -T Rowe Pice Inst Large Cap Growth | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 109.  -Eaton Vance Floating Rate Cl 1 | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 110.  -PIMCO Inv Gr Corp Bond Instl | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 111.  -PIMCO Low Dur Inst | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 112.  -PIMCO Foreign Inst SHS | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 113.  -Templeton Global Bond Adv | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 114.  -Neuberger Berman High Inc Bond Inst | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 115.  -PIMCO Commod Real Return Inst | A | Dividend | | | Open | 04/17/12 | J | | |
| 116.  -PIMCO Commod Real Return Inst | | | | | Sold | 07/31/12 | J | | |
| 117.  -IShares Barclays US Agg BD FD | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 118.  -The Hartford Div & Gr FD Cl 1 | A | Dividend | J | T | Open | 04/17/12 | J | | |
| 119.  -Janus Short Term Bond Fund Class T | A | Dividend | K | T | Buy | 08/27/12 | K | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   ST JOINT BROK ACCT | | | | | Closed | 04/10/12 | | | to Fid X19 |
| 121.   -Vngrd Short Term Tax Exempt | A | Dividend | | | Closed | 4/10/12 | K | | "" |
| 122.   -Feder. Prime Oblig Trush SH | A | Dividend | | | Closed | 4/10/12 | J | | |
| 123.   BROKERAGE ACCT Fid X19 | | | | | Open | 4/10/12 | | | |
| 124.   -Vangrd Short Term Tax Exempt | A | Dividend | K | T | Open | 04/10/12 | K | | |
| 125.   401(K) PLAN | | | | | Closed | 04/10/12 | | | to FID IRA 740 |
| 126.   -Vngrd Wlsly Inc Inv | A | Int./Div. | | | Closed | 04/10/12 | J | | |
| 127.   RENTAL PROPERTY | | | | | | | | | |
| 128.   -# 1 ▮▮▮▮▮. (2012 Assessment: $159,500) | E | Rent | M | S | | | | | |
| 129.   -#2 ▮▮▮▮▮. (2012 Assessment: $100,880) | D | Rent | M | S | Buy | 06/04/12 | M | | |
| 130.   FAMILY S CORPORATION (F1) | C | Distribution | O | T | | | | | |
| 131.   -American Funds Fundamental Investors-Class A | A | Dividend | J | T | | | | | |
| 132.   -American Funds WaMu Investors Fund - Class A (WMIF-A) | B | Dividend | | | Merged (with line 136) | 12/27/12 | M | | exch to MMF-A |
| 133.   -AF Short-Term Tax-Exempt Bond Fund A (STEX-A) | A | Dividend | J | T | | | | | |
| 134.   -American Funds Inv. Co. of Amer. A (ICA-A) | A | Dividend | | | Merged (with line 136) | 12/27/12 | M | | exch. to MMF-A |
| 135.   -American Funds Money market Fund-A | | None | M | T | Open | 12/27/12 | M | | |
| 136.   -Trust Bank Account (SunTrust) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BANK ACCOUNTS | | | | | | | | | |
| 138. -Wachovia 4D (now Wells Fargo) | A | Interest | | | Closed | 06/10/12 | J | | |
| 139. -North Georgia Bank 1 | A | Interest | M | T | | | | | |
| 140. -North Georgia Bank 2 | A | Interest | J | T | | | | | |
| 141. -North Georgia Bank 3 | A | Interest | J | T | | | | | |
| 142. -North Georgia Bank 4 | A | Interest | L | T | | | | | |
| 143. -North Georgia Bank 5 | A | Interest | K | T | | | | | |
| 144. -SunTrust (MMA) | A | Interest | L | T | | | | | |
| 145. -SunTrust I | A | Interest | J | T | | | | | |
| 146. -SunTust II | A | Interest | J | T | | | | | |
| 147. -SunTrust III | A | Interest | J | T | | | | | |
| 148. -Chase | A | Interest | J | T | Open | 06/01/12 | J | | |
| 149. -Bank of America | A | Interest | J | T | Open | 06/14/12 | J | | |
| 150. TRUST BROKERAGE ACCOUNT | | | | | | | | | |
| 151. -E-Trade cash balance | A | Interest | J | T | | | | | |
| 152. -Nuveen Preferred and Conv. Income Fund | B | Dividend | K | T | | | | | |
| 153. -Pimco High Income Fund PFD SER M Auction Rate | A | Dividend | | | Sold | 01/07/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BELL & HOWELL RETIREMENT (I) SAVINGS PLAN NO. 2 | | | | | | | | | |
| 155. -Fidelity Money Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 11/30/12 | J | | |
| 156. -Fidelity Freedom 2050 (FFFHX) | A | Dividend | | | Sold | 07/30/12 | J | A | |
| 157. -IShares Intl Dividend EFT | | None | J | T | Buy | 11/07/12 | J | | |
| 158. -IShares Russell 2000 Growth EFT | | None | J | T | Buy | 11/07/12 | J | | |
| 159. BELL & HOWELL RETIREMENT (II) SAVINGS PLAN NO. 3 | | | | | | | | | |
| 160. -Fidelity Money Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 11/30/12 | J | | |
| 161. -Fidelity Freedom 2050 (FFFHX) | A | Dividend | | | Sold | 07/30/12 | J | A | |
| 162. -IShares Intl Dividend EFT | | None | J | T | Buy | 11/07/12 | J | | |
| 163. -IShares Russell 2000 Growth EFT | | None | J | T | Buy | 11/07/12 | J | | |
| 164. BROKERAGE ACCOUNT 11B (IRA-BDA) | | | | | Closed | 04/12/12 | | | to Fid IRA-BDA |
| 165. -Feder. Prime Oblig Trust SH | A | Dividend | | | Closed | 04/12/12 | K | | |
| 166. BROKERAGE ACCT Fid IRA BDA | | | | | Open | 04/12/12 | | | |
| 167. -Fidelity Govt MM | A | Dividend | K | T | Open | 04/12/12 | K | | |
| 168. Transamerica Life Ins. Annuity (thru power of attorney) | A | Interest | L | T | Distributed (part) | 11/27/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1: Exercise power of attorney in withdraws from bank account, completing and filing federal and state tax returns, paying income tax preparer, and arranging fro distributions from annuity (Part VII, line 166)

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 10/03/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan J. Baverman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544